UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62058-CIV-DIMITROULEAS

MARK KRZYKWA, as an individual, and
on behalf of all others similarly situated,

    Plaintiff,

vs.

CAMPBELL SOUP CO. a New Jersey corporation,

    Defendant.
_____/

### ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(A)(II)

THIS CAUSE is before the Court upon the parties' Stipulation to Dismiss Entire Action Pursuant to Federal Rule of Civil Procedure Rule 41(a)(ii) (the "Stipulation") [DE 65], filed herein on April 1, 2014.  The Court has carefully considered the Stipulation [DE 65], notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation [DE 65] is **APPROVED**;

2.     This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs, except as otherwise agreed; and

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of April, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record